### AJAX GRIEB RUBBER CO. v. MARSHALL.

(Supreme Court, Appellate Term, First Department. December 4, 1914.)

APPEAL AND ERROR (§ 1175*)—DISPOSITION—JUDGMENT FOR PARTY.

   Where the record showed that plaintiff established a prima facie case entitling it to recover $32 from defendant, but did not disclose any defense thereto, a judgment for defendant will be reversed, and a judgment for that amount awarded to plaintiff.

   [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4573–4587; Dec. Dig. § 1175.*]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by the Ajax Grieb Rubber Company against Raymond W. Marshall. From a judgment for defendant, and from an order denying plaintiff's motion to vacate and set aside the judgment as contrary to the evidence and the law, plaintiff appeals. Reversed, and judgment awarded plaintiff.

Argued October term, 1914, before SEABURY, BIJUR, and COHALAN, JJ.

Henry Hoelljes, of New York City, for appellant.
Harold C. Mitchell, of New York City, for respondent.

PER CURIAM. While the record in this case is in a confused condition, it does appear that the plaintiff established a prima facie case entitling it to recover $32 from the defendant. A careful examination of the record has failed to disclose any defense to the cause of action proved on behalf of the plaintiff.

It follows that the judgment should be reversed, and judgment awarded for the plaintiff for $32 and the costs taxable in the Municipal Court, together with the costs of this appeal.